UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERON FRANKLIN,<br><br>      Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA, *et al.*,<br><br>      Defendants. | Case No. 2:15-cv-1727-JCM-GWF<br><br>**ORDER** |

**I.  DISCUSSION**

The Inmate Early Mediation Conference for this case is scheduled for July 15, 2016. (ECF No. 6). The stay is set to expire before that date. (*See* ECF No. 4). Defendant Renee Baker has filed a motion to extend the stay through July 22, 2016. (ECF No. 7). The Court grants the motion to extend the stay through July 22, 2016. Defendants shall file their status report on or before July 22, 2016.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 7) is granted. Defendants shall file their status report on or before July 22, 2016.

DATED: This 11th day of July, 2016.

_____
United States Magistrate Judge