ADAM PAUL LAXALT
Nevada Attorney General
FRANK A. TODDRE II
Deputy Attorney General
Nevada Bar No. 11474
Bureau of Litigation
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Tel: (702) 486-3149
E-mail: ftoddre@ag.nv.gov
*Attorneys for Defendant Renee Baker*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERON FRANKLIN,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Defendants. | Case No.: 2:15-cv-01727-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, appearing in proper person, and Defendants, Renee Baker, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Frank A. Toddre II, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41 (a)(2), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///

- 1 -

This Stipulation for Dismissal with Prejudice is executed as part of a settlement between the parties reached at the Court Ordered Early Settlement Conference. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorneys' fees and costs.

DATED this _18_ day of July, 2016            DATED this _22_ day of July, 2016

                                                              ADAM PAUL LAXALT
                                                              Attorney General

By: _____            By: _____
TERON FRANKLIN                                            FRANK A. TODDRE II
Plaintiff                                                              Deputy Attorney General
                                                              Attorneys for Defendant

### ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

DATED August 2, 2016.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE

Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101-1068