# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TERON FRANKLIN,

    Plaintiff,

v.

STATE OF NEVADA et al.,

    Defendants.

2:15-cv-01727-JCM-GWF

**ORDER**

**I. DISCUSSION**

On August 2, 2016, this court dismissed the case with prejudice pursuant to a stipulation for dismissal with prejudice filed by the parties. (ECF No. 12). On October 24, 2016, plaintiff filed a motion for preliminary injunction and a motion for protective order. (ECF Nos. 13, 14). The motions, which are identical, allege that plaintiff needs help because unnamed individuals are poisoning him and the court should call his mom. (*Id.*)

The court denies the motions because this is a closed case. If plaintiff seeks to pursue a new lawsuit with these allegations, he may do so by filing a new civil rights complaint and a new application to proceed *in forma pauperis* with the court.

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motions for preliminary injunction and protective order (ECF Nos. 13, 14) are DENIED.

DATED: January 26, 2017.

_____
United States District Judge